# Court of Appeals of the State of Georgia

ATLANTA,___April 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0027. MURRAY v. THE STATE.**

On April 17, William Murray filed and emergency motion seeking an appeal of the trial court's October 17, 2014 order denying his motion for an out-of-time appeal. For the following reasons, we dismiss the motion.

This Court's Rule 40 (b) emergency powers are limited and intended to be used sparingly. Rule 40 (b) provides, in relevant part, that we may only issue "such orders or give direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. Generally, no order shall be made or direction given in an appeal until it has been docketed in this Court."

In this case, it appears that Murray has already had the benefit of an appeal. *Murray v. State*, 315 Ga. App. 653 (727 S.E.2d 267) (2012). Moreover, Murray has not demonstrated that he has filed a timely notice of appeal in the trial court in a case to which he is entitled to an appeal. See *Simmons v. State*, 276 Ga. 525, 525, n. 2 (579 SE2d 735) (2003) ("The denial of a motion for out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal."). Consequently, Murray has not demonstrated, as required by Rule 40 (b), that this Court has any jurisdiction "to preserve" or that any contested issue remains for appellate review. For these reasons, the instant emergency motion is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____04/17/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*